JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-06384-RGK (SKx)** | Date | September 15, 2017 |
|---|---|---|---|
| Title | ***HSBC BANK, etc. v. WALTER OLSZEWSKI, et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

The Court remands this action as an improper second attempt to remove an unlawful detainer action over which this Court has no federal jurisdiction. (*See* Case No. 2:17-cv-4567, DEs 1 and 5.)

The Court **remands** this action to state court for all further proceedings.

**IT IS SO ORDERED**.

: 

Initials of Preparer